1   E. PATRICK ELLISEN (SBN: 142033)
    ellisenp@gtlaw.com
2   DANIEL T. McCLOSKEY (SBN: 191944)
    mccloskeyd@gtlaw.com
3   GREENBERG TRAURIG, LLP
    1900 University Avenue, Fifth Floor
4   East Palo Alto, California  94303
    Telephone: (650) 328-8500
5   Facsimile: (650) 328-8508

6   Barry J. Parker (SBN: 151732)
    CARR McCLELLAN INGERSOLL THOMPSON & HORN
7   216 Park Road
    Burlingame, California 94010
8   Telephone: (650) 342-9600
    Facsimile: (650) 342-7685

9

10  Attorneys for Plaintiff
    AMERICAN LICORICE COMPANY

11

12              UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15

16  AMERICAN LICORICE COMPANY, a          Case No.
    Delaware Corporation,
17                                        **COMPLAINT FOR:**
18              Plaintiff;
                                          **(1)   Trademark Infringement Under 15 U.S.C.**
19  v.                                          **§ 1114(1);**
                                          **(2)   Trademark Dilution Under 15 U.S.C. §**
20  WORLD CONFECTIONS INC.,                     **1125(c);**
    a New York Corporation,               **(3)   Trade Dress Infringement Under 15 U.S.C.**
21                                              **§ 1125(a);**
                                          **(4)   Unfair Competition Under 15 U.S.C. §**
22              Defendant.                      **1125(a);**
                                          **(5)   Trademark Dilution Under Cal. Bus. &**
23                                              **Prof. Code § 14200;**
                                          **(6)   Unfair Competition Under Cal. Bus. &**
24                                              **Prof. Code § 17200;**
                                          **(7)   Common Law Trademark Infringement;**
25                                              **and**
                                          **(8)   Common Law Unfair Competition.**
26
                                          **DEMAND FOR JURY TRIAL**
27

28

---

                        COMPLAINT

Plaintiff American Licorice Company ("American Licorice" or "Plaintiff"), for its Complaint against Defendant World Confections, Inc. ("World Confections" or "Defendant"), alleges as follows:

### Nature of the Action

1.     In this action, American Licorice seeks injunctive and monetary relief for acts of trademark infringement, trademark dilution, trade dress infringement, and unfair competition under the laws of the United States, Title 15, United States Code; trademark dilution and unfair competition under Cal. Bus. & Prof. Code §§ 14200 *et. seq.* and 17200 *et. seq.*; and for trademark infringement and unfair competition under the common law of the State of California.

### The Parties

2.     American Licorice is a corporation incorporated under the laws of the state of Delaware with a principal place of business at 2477 Liston Way, Union City, California, among other places.

3.     On information and belief, World Confections is a New York corporation with a principal place of business at 185 30th Street, Brooklyn, New York 11232-1705.

### Jurisdiction and Venue

4.     This action arises under §§ 1114(1), 1125(a) and 1125(c) of the Trademark Act of July 5, 1946, as amended, commonly known as the Lanham Act, 15 U.S.C. § 1051 *et. seq.*; under Cal. Bus. & Prof. Code §§ 14200 *et. seq.* and 17200 *et. seq.*; and under the common law of the State of California.

5.     The Court has jurisdiction under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1338 and 1367.

6.     Venue is proper within this judicial district under 28 U.S.C. § 1391(b). World Confections is selling or causing to be sold products under the infringing mark SOUR PUNKS in this district. World Confections is a foreign corporation transacting business within the state of California, is causing tortious injury by committing all or part of the tortious acts described herein within the state of California, is causing tortious injury in the state of California by committing all or part of the tortious acts or omissions described herein outside the state of California, or is causing

1  tortious injury by committing all or part of the tortious acts or omissions described herein outside the

2  state of California while regularly conducting or soliciting business or deriving revenue from goods

3  used or consumed or services rendered within the State of California.  Therefore, this Court has

4  personal jurisdiction over World Confections under the California long-arm statute, Cal. Civ. Proc., §

5  410.10.  Hence, World Confections resides in this district under 28 U.S.C. § 1391(c).  In addition or

6  in the alternative, a substantial part of the events or omissions giving rise to the claims stated herein

7  occurred in this district.

**Intradistrict Assignment**

9      7.      Pursuant to Civil L.R. 3-2(c), this Intellectual Property action is exempt from

10 intradistrict assignment.

**Background Facts**

13     8.      American Licorice is now and has for more than ninety years been engaged in the

14 manufacture and sale of candy products in the United States.  Dating back to 1914, American

15 Licorice  (including its predecessor companies) was one of the original manufacturers of licorice in

16 the United States.  In 1920, American Licorice debuted the famous RED VINES brand licorice twist

17 candy (first marketed as Classic Raspberry Vines).  In 1930, American Licorice debuted its well-

18 known SNAPS classic chewy licorice bites.  In or about 1963, American Licorice created the longest

19 extruded rope candy marketed under the RED ROPES and LICORICE ROPES trademarks.  In 1975,

20 Plaintiff re-named its rope candy under the now famous SUPER ROPES brand trademark.  As a

21 result of this long and distinguished history of candy making, American Licorice became an industry

22 leader in extruded candy products.

23     9.      Before 1991, American Licorice was one of the first candy companies to introduce

24 into interstate commerce a sour candy under the trademark SOUR PUNCH.  Thereafter, American

25 Licorice expanded its sour candy offerings by selling a family of SOUR PUNCH and PUNCH

26 branded candy products, including SOUR PUNCH BITES, SOUR PUNCH Ropes,  SOUR PUNCH

27 Beanz, SOUR PUNCH Twists, CHILI PUNCH, TWISTY PUNCH, SOUR PUNCH OMEGAS and

28 NEON PUNCH.  Today, American Licorice has consolidated its PUNCH line of sour candy products

1  into the highly popular SOUR PUNCH branded candy. As a result, American Licorice's SOUR

2  PUNCH brand candy is one of the top-selling sour candy products in the United States.

3       10.    To protect its rights in the mark SOUR PUNCH and derivations thereof, American

4  Licorice has obtained and is the owner of numerous federal registrations, including U.S. Trademark

5  Registration Nos. 2,736,530 and 2,319,601 for the trademark "SOUR PUNCH" (collectively, the

6  "SOUR PUNCH TRADEMARK"). True and correct copies of these registrations are attached hereto

7  as Exhibits A and B.    U.S. Trademark Registration No. 2,319,601 has achieved incontestability

8  under 15 U.S.C. § 1065. In addition, American Licorice has since at least 1991 adopted a practice of

9  using distinctive cartoon-like character trademarks on the packaging of its PUNCH line of candy

10  products. In connection therewith, American Licorice has obtained and owns numerous federal

11  trademark registrations for these character marks, including the character mark referred to as the "SP

12  GUY" as shown in U.S. Trademark Registration No. 1,903,727 (the "SP GUY TRADEMARK"), a

13  true and correct copy of which is attached as Exhibit C. On or about April 20, 2007, American

14  Licorice introduced an updated SP Guy character trademark referred to as "Pun-Chi," which is shown

15  in U.S. Trademark Application Serial No. 77,168,010, a true and correct copy of which is attached as

16  Exhibit D (the "PUN-CHI TRADEMARK"), and which is owned by American Licorice.

17       11.    The federal registration rights and common law rights of American Licorice in the

18  SOUR PUNCH TRADEMARKS, SP GUY TRADEMARK and the PUN-CHI TRADEMARK are

19  collectively referred to as the "American Licorice Trademarks."

20       12.    The American Licorice Trademarks are used on a variety of packaging and advertising

21  media. A true and correct copy of portions of American Licorice's current catalog including its

22  SOUR PUNCH line of sour candy is shown in Exhibit E.

23       13.    In addition to the American Licorice Trademarks, American Licorice has used certain

24  packaging in connection with its sour candy sold under the American Licorice Trademarks that is

25  nonfunctional and is distinctive and/or has acquired secondary meaning, which packaging constitutes

26  protected trade dress. In particular, such trade dress includes at least the following features: (1)

27  packaging wrapper with a different color scheme for each flavor; (2) a cartoon character with

28  oversized eyes and raised eyebrows; (3) starburst design; (4) stylized capital lettering in coordinated

color schemes; (5) distinctive plastic tray; and/or (6) other distinctive, nonfunctional features as shown on the packaging (collectively referred to as the "American Licorice Trade Dress").

14.    As a result of substantial nationwide use, sales, and extensive advertising and promotion over a period of at least seventeen (17) years, American Licorice Trademarks and American Licorice Trade Dress have become widely recognized as identifying high quality sour candy products made and sold by American Licorice. As a result, one or more of the American Licorice Trademarks are famous, and consumers have come to associate the American Licorice Trademarks and the American Licorice Trade Dress with high quality extruded sour candy products.

### Defendant's Activities

15.    On October 19, 2006, World Confections filed Application Serial Number 77,025,082 for the mark SOUR PUNKS in the United States Patent and Trademark Office, a true and correct copy of which application is attached as Exhibit F (the "SOUR PUNKS Word Mark").

16.    On or about April 18, 2007, World Confections' Application for the SOUR PUNKS Word Mark was published for opposition by the United States Patent and Trademark Office.

17.    Since at least May, 2007, World Confections has sold in the United States a cheaper, lower quality sour candy product under the confusingly similar mark SOUR PUNKS, as shown on Exhibit G , Exhibit H, and Exhibit I.

18.    On or about September 4, 2007, American Licorice filed an opposition to World Confections' federal trademark application thereby providing notice to World Confections that its use of SOUR PUNKS in connection with a substantially identical sour candy product is likely to cause consumer confusion, mistake or deceit as to the source of origin of goods or as to an affiliation with American Licorice and is likely to dilute the distinctiveness of American Licorice Trademarks. Rather than taking corrective action, World Confections filed Trademark Application Serial No. 77,284,192 for a stylized version of SOUR PUNKS SP and Cartoon Character Design, a true and correct copy of which application is attached as Exhibit J (the "Stylized SOUR PUNKS Mark") (the SOUR PUNKS WORD Mark and Stylized SOUR PUNKS Mark collectively referred to herein as the "SOUR PUNKS Marks").

19. Having been placed on notice that its use of the SOUR PUNKS Marks infringe the American Licorice Trademarks, World Confections nevertheless attended the largest candy tradeshow in North America, the All Candy Expo in Chicago, Illinois, on or about September 17-19, 2007, where World Confections prominently displayed its SOUR PUNKS branded sour candy products. Since September, 2007, World Confections has expanded its sales of the SOUR PUNKS candy products. Recently, SOUR PUNKS candy has reached the West Coast, where it is now being sold in numerous stores in this district. World Confections infringing use of the SOUR PUNKS Marks in connection with its SOUR PUNKS sour candy products has been and continues to be willful and in complete disregard of American Licorice's trademark rights under federal, state, and common laws.

20. World Confections has sold and is presently selling sour candy products under the SOUR PUNKS mark as shown, for example and not by way of limitation, in Exhibits G - I. While the examples shown in these Exhibits are of a particular size and flavor, on information and belief, World Confections is selling its SOUR PUNKS sour candy products in at least four different flavors, Strawberry, Blue Raspberry, Watermelon, Apple. In addition, the individual packages, such as shown in Exhibits G - I, are sold wholesale in a case pack such as that shown in Exhibits K and L, which case packaging bears the infringing SOUR PUNKS Marks.

13. In addition to infringing the American Licorice Trademarks, World Confections, by its sales of the SOUR PUNKS sour candy in packaging as shown, for example, in Exhibits G - I, has infringed and infringes the American Licorice Trade Dress. The totality of the appearance of World Confection's SOUR PUNKS packaging is likely to cause confusion, mistake, or deceit on the part of the consumer as to the source and/or origin of the goods, or as to an affiliation with American Licorice, and, therefore, infringes the American Licorice Trade Dress associated with American Licorice's SOUR PUNCH sour candy products.

14. World Confections' packaging for its SOUR PUNKS sour candy products includes the statement "33% More Candy" as shown in Exhibits G - I. This statement is a false and misleading description of fact because, on information and belief, World Confections has never marketed an identical or similar candy product with thirty-three percent less product, and/or because it is a false or

1    misleading comparison to American Licorice's SOUR PUNCH products and/or other third party sour

2    candy products.

3        15.    The conduct of World Confections as described is likely to cause confusion or

4    mistake, or deceive the purchasing public into believing that World Confection's SOUR PUNKS sour

5    candy is related to, sponsored by or affiliated with American Licorice. The conduct of World

6    Confections described herein is likely to cause consumer confusion, mistake or deceit as to an

7    affiliation or connection between World Confections and American Licorice, and thereby allows

8    World Confections to trade on the goodwill established by American Licorice over the years of use

9    and promotion of the American Licorice Trademarks and American Licorice Trade Dress.

10        21.    World Confection's use of the infringing SOUR PUNKS mark and packaging as

11    described herein has damaged the value of the American Licorice Trademarks and American Licorice

12    Trade Dress in an amount as yet undetermined, and has further caused American Licorice monetary

13    damages.

14    **CLAIM FOR RELIEF I**

15    **Trademark Infringement Under Federal Law**

16        22.    American Licorice incorporates by reference the allegations contained in the foregoing

17    paragraphs 1-21. This is a claim for infringement of the American Licorice Trademarks. The acts

18    complained of herein constitute an attempt to trade on the goodwill that American Licorice has

19    developed in the American Licorice Trademarks, all to the damage of American Licorice.

20        23.    On information and belief, the acts of World Confections complained of herein are

21    likely to cause confusion, or to cause mistake, or to deceive the purchasing public and others whereby

22    purchasers and others would be led to mistakenly believe that World Confections is affiliated with,

23    related to, sponsored by or connected with American Licorice in violation of 15 U.S.C. § 1114(1).

24        24.    By the acts complained of herein, World Confections has caused and, unless restrained

25    and enjoined by this Court, will continue to cause irreparable harm, damage and injury to American

26    Licorice.

27        25.    American Licorice has no adequate remedy at law.

28

## CLAIM FOR RELIEF II

### Trademark Dilution Under Federal Law

26.    American Licorice incorporates by reference the allegations contained in the foregoing paragraphs 1-25.

27.    The acts of World Confections complained of herein constitute a lessening of the capacity of one or more of the famous American Licorice Trademarks to identify and distinguish the goods sold by American Licorice.  The acts of World Confections complained of herein have caused or are likely to cause dilution in violation of 15 U.S.C. § 1125(c) regardless of the presence or absence of actual or likely confusion, competition, or economic injury.

28.    By the acts complained of herein, World Confections has caused and, unless restrained and enjoined by this Court, will continue to cause irreparable harm, damage and injury to American Licorice.

29.    American Licorice has no adequate remedy at law.

## CLAIM FOR RELIEF III

### Trade Dress Infringement Under Federal Law

30.    American Licorice incorporates by reference the allegations contained in the foregoing paragraphs 1-29.  This is a claim for infringement of the American Licorice Trade Dress.  The acts complained of herein constitute an attempt to trade on the goodwill that American Licorice has developed in the American Licorice Trade Dress, all to the detriment of American Licorice.

31.    The acts of World Confections complained of herein are likely to cause confusion, or to cause mistake, or to deceive the purchasing public and others whereby purchasers and others would be led to mistakenly believe that Defendant is affiliated with, related to, sponsored by or connected with American Licorice in violation of 15 U.S.C. § 1125(a)(1).

32.    By the acts complained of herein, World Confections has caused and, unless restrained and enjoined by this Court, will continue to cause irreparable harm, damage and injury to American Licorice.

33.    American Licorice has no adequate remedy at law.

1

## CLAIM FOR RELIEF IV

2

### Unfair Competition and False Advertising Under Federal Law

3      34.    American Licorice incorporates by reference the allegations contained in the foregoing

4   paragraphs 1-33. This claim is based on the American Licorice Trademarks and the American

5   Licorice Trade Dress.

6      35.    World Confections' unlawful acts include, without limitation, the following:

7            a.    Upon information and belief, World Confections has intercepted and diverted

8   business intended for American Licorice;

9            b.    World Confections has used the confusingly similar SOUR PUNKS Marks

10   and/or packaging in order to draw interest to its sour candy products; and

11           c.    World Confections has used the confusingly similar SOUR PUNKS Marks

12   and/or packaging in advertisements to create confusion as to World Confections' affiliation or

13   connection with American Licorice.

14     36.    The acts of World Confections complained of herein constitute use in connection with

15   goods or containers for goods in commerce of a word, term, name, symbol, or device, or combination

16   thereof, and/or a false designation of origin, false or misleading description of fact, and/or a false or

17   misleading misrepresentation of fact, which (1) are likely to cause confusion, mistake or deception as

18   to the affiliation, connection, or association of World Confections with American Licorice, and/or as

19   to the origin, sponsorship or approval of World Confections' goods or commercial activities by

20   American Licorice, and/or (2) misrepresent the nature or qualities of World Confections' goods, all

21   in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). The acts of World Confections

22   complained of herein constitute an attempt to trade on the goodwill that American Licorice has

23   developed in the American Licorice Trademarks and American Licorice Trade Dress. All of the acts

24   complained of herein have been to the detriment of American Licorice, which has or is likely to have

25   been damaged by one or more such acts.

26     37.    By the acts complained of herein, World Confections has caused and, unless restrained

27   and enjoined by this Court, will continue to cause irreparable harm, damage and injury to American

28   Licorice.

1    38.    American Licorice has no adequate remedy at law.

2    **CLAIM FOR RELIEF V**

3    **Trademark Dilution Under State Law**

4    39.    American Licorice realleges and incorporates by reference the allegations contained in

5    the foregoing paragraphs 1-38.  One or more of the American Licorice Trademarks constitute famous

6    marks in the State of California pursuant to California Business & Professions Code §§ 14200, *et.*

7    *seq.*, including § 14247, which marks became famous prior to the commencement of World

8    Confections activities as alleged herein.

9    40.    The acts of World Confections complained of herein constitute dilution and/or are

10    likely to cause dilution, including dilution by blurring and/or dilution by tarnishment, of one or more

11    of the famous American Licorice Trademarks.  The acts of World Confections have caused and/or are

12    likely to cause injury to American Licorice's business reputation or dilution to the distinctive quality

13    of its marks, all in violation of California Business & Professions Code § 14247, which acts began

14    after the American Licorice Trademarks became famous.

15    41.    By the acts of World Confections complained of herein, World Confections has

16    caused American Licorice irreparable harm and injury and will continue to do so unless World

17    Confections is restrained and enjoined by this Court from further violation of American Licorice's

18    rights.

19    42.    American Licorice has no adequate remedy at law.

20

21    **CLAIM FOR RELIEF VI**

22    **Unfair Competition and False Advertising Under State Law**

23    43.    American Licorice incorporates by reference the allegations contained in the foregoing

24    paragraphs 1-42.

25    44.    The acts of World Confections complained of herein constitute unlawful, unfair,

26    and/or fraudulent business acts or practices and/or unfair, deceptive, untrue and/or misleading

27    advertising in violation of Cal. Bus. & Prof. Code § 17200, et seq.  The acts of World Confections

28    complained of herein also constitute an attempt to trade on the goodwill which American Licorice has

developed in the American Licorice Trademarks and American Licorice Trade Dress, all to the detriment of American Licorice.

45.    By the acts complained of herein, World Confections has caused American Licorice irreparable harm and actual injury and will continue to do so unless World Confections is restrained and enjoined by this Court from further violation of American Licorice's rights.

46.    American Licorice has no adequate remedy at law.

## CLAIM FOR RELIEF VII

### Trademark Infringement Under State Common Law

47.    American Licorice incorporates by reference the allegations contained in the foregoing paragraphs 1-46. This is a claim for infringement of the American Licorice Trademarks. The acts complained of herein also constitute an attempt to trade on the goodwill which American Licorice has developed in the American Licorice Trademarks, all to the detriment of American Licorice.

48.    On information and belief, the acts of World Confections complained of herein are likely to cause confusion, or to cause mistake, or to deceive the purchasing public and others whereby purchasers and others would be led to mistakenly believe that World Confections is affiliated with, related to, sponsored by or connected with American Licorice, in violation of the common law of trademark infringement of the State of California.

49.    By the acts complained of herein World Confections has caused and, unless restrained and enjoined by this Court, will continue to cause irreparable harm, damage and injury to American Licorice.

50.    American Licorice has no adequate remedy at law.

## CLAIM FOR RELIEF VIII

### Unfair Competition Under State Common Law

51.    American Licorice incorporates by reference the allegations contained in the foregoing paragraphs 1-50.

52.    On information and belief, the acts of World Confections complained of herein constitute misappropriation of valuable property rights of American Licorice and trading on the goodwill symbolized by the American Licorice Trademarks and American Licorice Trade Dress and are thereby likely to confuse and deceive members of the purchasing public.  By virtue of their aforementioned acts, World Confections has engaged in unfair competition in violation of the common law of unfair competition of the State of California.

53.    By the acts complained of herein, World Confections has caused and, unless restrained by this Court, will continue to cause, serious and irreparable injury for which American Licorice has no adequate remedy at law.

54.    American Licorice has no adequate remedy at law.

## **REQUEST FOR RELIEF**

WHEREFORE, American Licorice requests this Court to:

A.    Grant a preliminary and thereafter a permanent injunction restraining and enjoining World Confections and all those in privity, concert or participation with World Confections from:

(i)    imitating, copying, duplicating or otherwise making any use of the American Licorice Trademarks, the American Licorice Trace Dress, or any mark or packaging confusingly similar to or likely to dilute the distinctiveness of the American Licorice Trademarks and the American Licorice Trade Dress;

(ii)    manufacturing, producing, distributing, circulating, selling or otherwise disposing of any printed material which bears any copy or colorable imitation of the American Licorice Trademarks and the American Licorice Trade Dress;

(iii)    using any unauthorized copy or colorable imitation of the American Licorice Trademarks and American Licorice Trade Dress in such fashion as is likely to falsely relate or connect World Confections with American Licorice;

(iv)    causing likelihood of confusion or injury to American Licorice's business reputation and to the distinctiveness of the American Licorice Trademarks and American Licorice Trade Dress by unauthorized use of the same;

- 11 -
COMPLAINT

(v)    engaging in any other activity constituting unfair competition or infringement or dilution of the American Licorice Trademarks and the American Licorice Trade Dress, and American Licorice's rights in, or to use, or to exploit the same; and

(vi)    assisting, aiding or abetting another person or business entity in engaging or performing any of the activities enumerated in subparagraphs (i) through (vi) above.

B.    Grant a preliminary and thereafter a permanent injunction mandating and requiring that World Confections and all those in privity, concert or participation with World Confections:

(i)    immediately cease and desist from using the SOUR PUNKS Marks; and

(ii)    deliver up all sour candy products and any other items bearing the SOUR PUNKS Marks, and any other materials of any kind bearing any mark and/or constituting packaging that is confusingly similar to the American Licorice Marks and/or the American Licorice Trade Dress, to cease using all false and/or misleading statements, and to make all changes necessary to any and all websites to remove all references to the SOUR PUNKS Marks and all false and/or misleading statements.

C.    Find that World Confections has infringed the American Licorice Trademarks and the American Licorice Trade Dress in violation of federal law and have damaged American Licorice's goodwill by the acts complained of herein.

D.    Find that the acts of World Confections constitute trademark dilution in violation of federal and state law.

E.    Find that World Confections has unfairly competed with American Licorice by the acts complained of herein in violation of federal law.

F.    Find that World Confections has infringed the American Licorice Trademarks in violation of the common law of the State of California and has damaged American Licorice's goodwill by the acts complained of herein.

G.     Find that World Confections has unfairly competed with American Licorice by the acts complained of herein in violation of the statutory and common law of unfair competition of the State of California.

H.     Grant an order requiring World Confections and any principals, agents, servants, employees, successors and assigns of and all those in privity or concert with World Confections who receive actual notice of said order, to deliver up all signs, articles, and promotional, advertising and any other printed materials of any kind bearing the American Licorice Trademarks and the American Licorice Trade Dress or any mark confusingly similar to or likely to dilute the distinctiveness of the American Licorice Trademarks and the American Licorice Trade Dress.

I.     Find World Confections liable and award to American Licorice monetary damages in an amount to be fixed by the Court in its discretion as just, including all of World Confection's profits or gains of any kind resulting from their willful infringement, said amount to be trebled, and exemplary damages in view of the intentional nature of the acts complained of herein, pursuant to 15 U.S.C. § 1117.

J.     Find World Confections liable and award American Licorice monetary damages.

K.     Award exemplary damages.

L.     Grant an Order requiring World Confections to abandon with prejudice federal trademark Application Serial Numbers 77,025,082 and 77,284,192.

M.     Award to American Licorice its attorneys' fees, due to the exceptional nature of this case, and all of American Licorice's costs and expenses of litigation.

N.     Grant to American Licorice such other and further relief as the Court may deem just, proper and equitable under the circumstances.

1   Dated: January 17, 2008

GREENBERG TRAURIG, LLP

By: _____

E. Patrick Ellisen
Daniel T. McCloskey
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Barry J. Parker
CARR McCLELLAN INGERSOLL
THOMPSON & HORN
216 Park Road
Burlingame, California 94010
Telephone: (650) 342-9600
Facsimile: (650) 342-7685

Attorneys for Plaintiff,
AMERICAN LICORICE, INC.

- 14 -
COMPLAINT

## **DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff American Licorice Company hereby demands a trial by jury of all issues so triable.

Respectfully submitted,

Dated:  January 17, 2008

GREENBERG TRAURIG, LLP

By: _____

B. Patrick Ellisen
Daniel T. McCloskey
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone:  (650) 328-8500
Facsimile:   (650) 328-8508

Barry J. Parker
CARR McCLELLAN INGERSOLL
THOMPSON & HORN
216 Park Road
Burlingame, California 94010
Telephone: (650) 342-9600
Facsimile:  (650) 342-7685

Attorneys for Plaintiff,
AMERICAN LICORICE, INC.

- 15 -
COMPLAINT

# EXHIBIT A

# TO COMPLAINT

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

**Reg. No. 2,736,530**
Registered July 15, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## SOUR PUNCH

AMERICAN LICORICE CO. (DELAWARE COR-
 PORATION)
595 SW BLUFF DRIVE, SUITE B
BEND, OR 97702

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.

OWNER OF U.S. REG. NOS. 1,904,559, 2,469,518
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SOUR", APART FROM THE MARK
AS SHOWN.

SER. NO. 76-452,110, FILED 9-24-2002.

ESTHER BELENKER, EXAMINING ATTORNEY

# EXHIBIT B

# TO COMPLAINT

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

Reg. No. 2,319,601

Registered Feb. 15, 2000

## TRADEMARK
## PRINCIPAL REGISTER



AMERICAN LICORICE CO. (DELAWARE COR-
PORATION)
2477 LISTON WAY
P.O. BOX 826
UNION CITY, CA 94587

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).
FIRST USE 1–0–1991; IN COMMERCE
1–0–1991.

OWNER OF U.S. REG. NOS. 1,903,727 AND
1,904,559.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SOUR", APART FROM THE
MARK AS SHOWN.

SER. NO. 75–701,679, FILED 5–10–1999.

DARRYL SPRUILL, EXAMINING ATTORNEY

# EXHIBIT C

# TO COMPLAINT

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

**Reg. No. 1,903,727**
Registered July 4, 1995

## TRADEMARK
### PRINCIPAL REGISTER



AMERICAN LICORICE CO. (DELAWARE COR-
PORATION)
3701 WEST 128TH PLACE
ALSIP, IL 60658

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 12–10–1993; IN COMMERCE
12–10–1993.

SN 74–454,271, FILED 11–4–1993.

ZHALEH KHABIRI, EXAMINING ATTORNEY

# EXHIBIT D

# TO COMPLAINT



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jan 4 04:06:23 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | PUN-CHI |
| **Goods and Services** | IC 030. US 046. G & S: Candy. FIRST USE: 20070420. FIRST USE IN COMMERCE: 20070420 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.01 - Busts of men facing forward; Heads of men facing forward; Men - heads, portraiture, or busts facing forward; Portraiture of men facing forward<br>02.01.33 - Grotesque men formed by letters, numbers, punctuation or geometric shapes; Stick figures<br>02.11.02 - Eyes, human; Human eyes; Iris (eye)<br>02.11.25 - Blood vessels, human; Brain, human; Buttocks, human; Human, other parts of the body; Intestines, human; Lungs, human; Nerves, human; Nose, human; Spine, human; Tongue, human<br>26.01.02 - Circles, plain single line; Plain single line circles<br>26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved |
| **Serial Number** | 77168010 |
| **Filing Date** | April 27, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 30, 2007 |
| **Owner** | (APPLICANT) American Licorice Co. CORPORATION DELAWARE 2796 NW Clearwater Drive Bend OREGON 97701 |
| **Attorney of Record** | Barry J. Parker |
| **Prior** | |

| | |
|---|---|
| **Registrations** | 2736530 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the hyphenated word "PUN-CHI" positioned underneath a stylized (cartoon) image of a circular face with eyes, eyebrows and mouth with puckered lips and protruding tongue. The lines of the drawing are features of the mark and do not indicate color. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

# EXHIBIT E

# TO COMPLAINT

**2007**
Specification
Catalog



   

Issued: 04.07
Valid Through: 01.08

## Red Vines

Count Goods                    2
Trays                          2
Hanging Bags                   3
Laydown Bags                   4
Jars                           5

Merchandising Vehicles
MV: Trays                      6
MV: Laydown Bags               6
MV: Jars                       8

## Super Ropes                 10

## Sour Punch

Count Goods                    12
Trays                          13
Hanging Bags                   14
Laydown Bags                   15
Jars                           15
Drinking Straws                15

Merchandising Vehicles
MV: Count Goods                15
MV: Trays                      16
MV: Hanging Bags               16
MV: Jars                       17

## Snaps                       19

## Special Availability

Red Vines                      22
Sour Punch                     23

## Index                       24



**SOUR PUNCH / COUNT GOODS**



### Sour Punch Rope Strawberry

**ITEM # 08140**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 0.9 oz | 12/30 | 13.3 x 9.75 x 11.75 in |
| **Unit Dimensions** | **Case Weight** | **Pallet Pattern** |
| 12.5 x 1.5 x 0.5 in | 25 lbs | 15 x 4 |
| **Display Box Dimensions** | **Case Cube** | **UPC** 100-41364-08140-0 case |
| 12.62 x 4.44 x 1.75 in | 0.88 ft³ | 0-41364-08140-4 display box |
| | | 0-41364-08140-4 unit |



### Sour Punch Rope Apple

**ITEM # 08141**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 0.9 oz | 12/30 | 13.3 x 9.75 x 11.75 in |
| **Unit Dimensions** | **Case Weight** | **Pallet Pattern** |
| 12.5 x 1.5 x 0.5 in | 25 lbs | 15 x 4 |
| **Display Box Dimensions** | **Case Cube** | **UPC** 100-41364-08141-7 case |
| 12.62 x 4.44 x 1.75 in | 0.88 ft³ | 0-41364-08141-1 display box |
| | | 0-41364-08141-1 unit |



### Sour Punch Rope Cherry

**ITEM # 08142**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 0.9 oz | 12/30 | 13.3 x 9.75 x 11.75 in |
| **Unit Dimensions** | **Case Weight** | **Pallet Pattern** |
| 12.5 x 1.5 x 0.5 in | 25 lbs | 15 x 4 |
| **Display Box Dimensions** | **Case Cube** | **UPC** 100-41364-08142-4 case |
| 12.62 x 4.44 x 1.75 in | 0.88 ft³ | 0-41364-08142-8 display box |
| | | 0-41364-08142-8 unit |



### Sour Punch Rope Blue Raspberry

**ITEM # 08143**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 0.9 oz | 12/30 | 13.3 x 9.75 x 11.75 in |
| **Unit Dimensions** | **Case Weight** | **Pallet Pattern** |
| 12.5 x 1.5 x 0.5 in | 25 lbs | 15 x 4 |
| **Display Box Dimensions** | **Case Cube** | **UPC** 100-41364-08143-1 case |
| 12.62 x 4.44 x 1.75 in | 0.88 ft³ | 0-41364-08143-5 display box |
| | | 0-41364-08143-4 unit |



### Sour Punch Straws Strawberry 2oz

**ITEM # 08153**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 2 oz | 12/12 | 19.1 x 11.2 x 9 in |
| **Unit Dimensions** | **Case Weight** | **Pallet Pattern** |
| 8.75 x 1.75 x 0.75 in | 22 lbs | 8 x 5 |
| **Display Box Dimensions** | **Case Cube** | **UPC** 100-41364-08153-0 case |
| 9 x 5.25 x 2.81 in | 1.10 ft³ | 0-41364-08153-4 display box |
| | | 0-41364-08053-6 unit |



### Sour Punch Straws Strawberry 2oz

**ITEM # 08053**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 2 oz | 12/24 | 18.9 x 14.4 x 12.75 in |
| **Unit Dimensions** | **Case Weight** | **Pallet Pattern** |
| 8.75 x 1.75 x 0.75 in | 45 lbs | 6 x 3 |
| **Display Box Dimensions** | **Case Cube** | **UPC** 100-41364-08053-3 case |
| 9 x 6.5 x 4 in | 2 ft³ | 0-41364-08053-7 display box |
| | | 0-41364-08053-6 unit |



### Sour Punch Straws Apple 2oz

**ITEM # 08052**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 2 oz | 12/24 | 18.9 x 14.4 x 12.75 in |
| **Unit Dimensions** | **Case Weight** | **Pallet Pattern** |
| 8.75 x 1.75 x 0.75 in | 45 lbs | 6 x 3 |
| **Display Box Dimensions** | **Case Cube** | **UPC** 100-41364-08052-6 case |
| 9 x 6.5 x 4 in | 2 ft³ | 0-41364-08052-0 display box |
| | | 0-41364-08052-9 unit |











## Sour Punch Straws Cherry 2oz

**ITEM # 08058**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 2 oz | 12/24 | 18.9 x 14.4 x 12.75 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 8.75 x 1.75 x 0.75 in | 45 lbs | 6 x 3 |
| Display Box Dimensions | Case Cube | **UPC** 100-41364 08058-8 case |
| 9 x 6.5 x 4 in | 2 ft³ | 0-41364 38058-2 display box |
|  |  | 0-41364 08058-1 unit |



## Sour Punch Straws Blue Raspberry 2oz

**ITEM # 08051**



| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 2 oz | 12/24 | 18.9 x 14.4 x 12.75 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 8.75 x 1.75 x 0.75 in | 45 lbs | 6 x 3 |
| Display Box Dimensions | Case Cube | **UPC** 100-41364 08051-9 case |
| 9 x 6.5 x 4 in | 2 ft³ | 0-41364 38051-3 display box |
|  |  | 0-41364 08051-2 unit |



## Sour Punch Straws Watermelon 2oz

**ITEM # 08049**



| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 2 oz | 12/24 | 18.9 x 14.4 x 12.75 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 8.75 x 1.75 x 0.75 in | 45 lbs | 6 x 3 |
| Display Box Dimensions | Case Cube | **UPC** 100-41364 08049-6 case |
| 9 x 6.5 x 4 in | 2 ft³ | 0-41364 38049-0 display box |
|  |  | 0-41364 08049-9 unit |



## Sour Punch Straws 2oz Combo

**ITEM # 08011**

 

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 2 oz | 12/24 | 18.9 x 14.4 x 12.75 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 8.75 x 1.75 x 0.75 in | 45 lbs | 6 x 3 |
| Display Box Dimensions | Case Cube | **UPC** 100-41364 08011-3 case |
| 9 x 3.4 x 4 in | 2 ft³ | 0-41364 28011-7 display box |
|  |  | 0-41364 08052-9 unit |
|  |  | 0-41364 08053-6 unit |



## Sour Punch Straws Strawberry Tray

**ITEM # 08038**



| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 4.5 oz | 12 | 9.5 x 6.4 x 4.3 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 8.75 x 3.25 x 0.75 in | 4 lbs | 28 x 8 |
| Display Box Dimensions | Case Cube | **UPC** 100-41364 08038-0 case |
| - | 0.15 ft³ | 0-41364 08033-8 unit |



## Sour Punch Straws Apple Tray

**ITEM # 08039**



| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 4.5 oz | 12 | 9.5 x 6.4 x 4.3 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 8.75 x 3.25 x 0.75 in | 4 lbs | 28 x 8 |
| Display Box Dimensions | Case Cube | **UPC** 100-41364 08039-7 case |
| - | 0.15 ft³ | 0-41364 08032-1 unit |



## Sour Punch Straws Strawberry Tray

**ITEM # 08033**



| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 4.5 oz | 24 | 9.25 x 7 x 7 6 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 8.75 x 3.25 x 0.75 in | 8 lbs | 20 x 6 |
| Display Box Dimensions | Case Cube | **UPC** 100-41364 08033-5 case |
| - | 0.30 ft³ | 0-41364 08033-8 unit |

**SOUR PUNCH / TRAYS**

**SOUR PUNCH / HANGING BAGS**



### Sour Punch Straws Apple Tray

**ITEM# 08032**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 4.5 oz | 24 | 9.25 x 7.4 x 7.6 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 8.75 x 3.25 x 0.75 in | 8 lbs | 20 x 6 |
| Display Box Dimensions | Case Cube<br>0.30 ft³ | UPC 100-4 1364 08032 8 case<br>0-4 1364 08032-1 unit |



### Sour Punch Straws Blue Raspberry Tray

**ITEM # 08034**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 4.5 oz | 24 | 9.25 x 7.4 x 7.6 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 8.75 x 3.25 x 0.75 in | 8 lbs | 20 x 6 |
| Display Box Dimensions | Case Cube<br>0.30 ft³ | UPC 100-4 1364 08034-2 case<br>0-4 1364 08034-5 unit |



### Sour Punch Straws Watermelon Tray

**ITEM # 08031**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 4.5 oz | 24 | 9.25 x 7.4 x 7.6 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 8.75 x 3.25 x 0.75 in | 8 lbs | 20 x 6 |
| Display Box Dimensions | Case Cube<br>0.30 ft³ | UPC 100-4 1364 08031-1 case<br>0-4 1364 08031-4 unit |





### Sour Punch Bites Strawberry Bag

**ITEM # 08015**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 5 oz | 12 | 13 x 10 x 3 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 7.25 x 5 x 1.5 in | 4.5 lbs | 14 x 18 |
| Display Box Dimensions | Case Cube<br>0.23 ft³ | UPC 100-4 1364 08015 1 case<br>0-4 1364 08015-4 unit |





### Sour Punch Bites Apple Bag

**ITEM # 08016**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 5 oz | 12 | 13 x 10 x 3 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 7.25 x 5 x 1.5 in | 4.5 lbs | 14 x 18 |
| Display Box Dimensions | Case Cube<br>0.23 ft³ | UPC 100-4 1364 08016-8 case<br>0-4 1364 08016-1 unit |





### Sour Punch Straws Strawberry Bag

**ITEM # 08018**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 4.5 oz | 12 | 13 x 10 x 3 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 7.5 x 5.5 x 1.25 in | 4.2 lbs | 14 x 18 |
| Display Box Dimensions | Case Cube<br>0.23 ft³ | UPC 100-4 1364 08018-2 case<br>0-4 1364 08018-5 unit |





### Sour Punch Straws Apple Bag

**ITEM # 08019**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 4.5 oz | 12 | 13 x 10 x 3 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 7.5 x 5.5 x 1.25 in | 4.2 lbs | 14 x 18 |
| Display Box Dimensions | Case Cube<br>0.23 ft³ | UPC 100-4 1364 08019-9 case<br>0-4 1364 08019-2 unit |





### Sour Punch Straws Blue Raspberry Bag

**ITEM # 08020**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 4.5 oz | 12 | 13 x 10 x 3 in |
| **Unit Dimensions** | **Case Weight** | **Pallet Pattern** |
| 7.5 x 5.5 x 1.25 in | 4 2 lbs | 14 x 18 |
| **Display Box Dimensions** | **Case Cube** UPC | 100-4136408020 5 case |
| | 0.23 ft³ | 0-41364 08020 8 unit |




### Sour Punch Twists 10 oz Bag

**ITEM # 08107**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 10 oz | 12 | 15.9 x 11 7 x 8 4 in |
| **Unit Dimensions** | **Case Weight** | **Pallet Pattern** |
| 10.5 x 7.5 x 1.25 in | 9 lbs | 10 x 5 |
| **Display Box Dimensions** | **Case Cube** UPC | 100-4136 38107-4 case |
| | 0.90 ft³ | 0-41364 08109-0 unit |



### Sour Punch Individually Wrapped Twists Jar

**ITEM # 08115**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 44.5 oz | 6 | 23.4 x 15.5 x 9 in |
| **Unit Dimensions** | **Case Weight** | **Pallet Pattern** |
| D: 7 in  H: 8.5 in | 24 lbs | 5 x 5 |
| **Display Box Dimensions** | **Case Cube** UPC | 100-41364 08115-8 case |
| | 1.89 ft³ | 0-41364 08115-1 unit |



### Sour Punch Sip-n-Chew Straws Cherry

**ITEM # 08472**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 1 oz | 12/30 | 18.9 x 9.6 x 12.6 in |
| **Unit Dimensions** | **Case Weight** | **Pallet Pattern** |
| D: 0.5 H: 11.5 in | 24 lbs | 10 x 4 |
| **Display Box Dimensions** | **Case Cube** UPC | 100-41364 08472-2 case |
| 3 x 4.5 x 11.75 in | 1.33 ft³ | 0-41364 384 72-6 disp box |
| | | 0-41364 08472 5 unit |



### Sour Punch Sip-n-Chew Straws Apple

**ITEM # 08473**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 1 oz | 12/30 | 18.9 x 9.6 x 12.6 in |
| **Unit Dimensions** | **Case Weight** | **Pallet Pattern** |
| D: 0.5 H: 11.5 in | 24 lbs | 10 x 4 |
| **Display Box Dimensions** | **Case Cube** UPC | 100-41364 08473-9 case |
| 3 x 4.5 x 11.75 in | 1.33 ft³ | 0-41364 384 73-3 disp box |
| | | 0-41364 08473 2 unit |



*3 week lead time required*

### Sour Punch Straws 2 oz Wing Display

**ITEM # 08195**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 2 oz | 80 | 21.4 x 14.25 x 4.17 in |
| **Unit Dimensions** | **Case Weight** | **Pallet Pattern** |
| 8.75 x 1 75 x 0.75 in | 12.5 lbs | 5 x 10 |
| **Display Box Dimensions** | **Case Cube** UPC | 100-41364 08195-0 case |
| | 0.86 ft³ | 0-41364 08053-6 unit (48) |
| | | 0-41364 08052 9 unit (48) |




*3 week lead time required*

### Sour Punch Straws 2 oz Floor Display

**ITEM # 08061**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 2 oz | 96 | 40.2 x 9.94 x 5.56 in |
| **Unit Dimensions** | **Case Weight** | **Pallet Pattern** |
| 8.75 x 1.75 x 0.75 in | 16 lbs | 4 x 7 |
| **Display Box Dimensions** | **Case Cube** UPC | 100-41364 08061-8 case |
| | 1.29 ft³ | 0-41364 08053 6 unit (48) |
| | | 0 41364 08052-9 unit (24) |
| | | 0-41364 08051-2 unit (24) |




*See individual flavors*

**HANGING BAGS**
**LAYDOWN BAGS**
**S.P. / JARS**
**SOUR PUNCH / DRINKING STRAWS**
**SOUR PUNCH / MV COUNT GOODS**

15

SOUR PUNCH / MV COUNT GOODS

SOUR PUNCH / MV TRAYS

S.P. / MV HB



### Sour Punch Straws 2 oz Combo

**ITEM # 08068**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 2 oz | 4/24 | 14.2 x 9.56 x 8.75 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 8.75 x 1.75 x 0.75 in | 15 lbs | 13 x 5 |
| Display Box Dimensions | Case Cube | |
| 9 x 6.75 x 4 in | 0.69 ft³ | UPC |

100-41364 08068-7 case
0-41364 08053-6 unit (48)
0-41364 08052-9 unit (24)
0-41364 08051-2 unit (24)

*See individual items*

---

*3 week lead time required*



### Sour Punch Straws 2 oz Combo PDQ Pallet

**ITEM # 08013**

| Unit Weight | Pallet Pack | Pallet Dimensions |
|---|---|---|
| 2 oz | 216/24 | 45.5 x 41 x 39 in |
| Unit Dimensions | Pallet Weight | Pallet Pattern |
| 8.75 x 1.75 x 0.75 in | 810 lbs | 6 x 3 |
| Display Box Dimensions | Pallet Cube | |
| 9 x 6.75 x 4 in | 36 ft³ | UPC |

100-41364 08013-7 pallet
0-41364 08053-6 unit (48)
0-41364 08052-9 unit (48)

---

### Sour Punch Straws Strawberry Tray PDQ

**ITEM # 08001**



| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 4.5 oz | 48 | 14.4 x 10.12 x 9.12 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 8.75 x 3.25 x 0.75 in | 16 lbs | 9 x 6 |
| Display Box Dimensions | Case Cube | |
| | 0.80 ft³ | UPC |

100-41364 08001-4 case
0-41364 08033-8 unit

---

### Sour Punch Straws Apple Tray PDQ

**ITEM # 08002**



| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 4.5 oz | 48 | 14.4 x 10.12 x 9.12 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 8.75 x 3.25 x 0.75 in | 16 lbs | 9 x 6 |
| Display Box Dimensions | Case Cube | |
| | 0.80 ft³ | UPC |

100-41364 08002-1 case
0-41364 08032-1 unit



---

### Sour Punch Straws Blue Raspberry Tray PDQ

**ITEM # 08003**



| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 4.5 oz | 48 | 14.4 x 10.12 x 9.12 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 8.75 x 3.25 x 0.75 in | 16 lbs | 9 x 6 |
| Display Box Dimensions | Case Cube | |
| | 0.80 ft³ | UPC |

100-41364 08003-8 case
0-41364 08034-5 unit

---

*3 week lead time required*



### Sour Punch Straws Tray Floor Display

**ITEM # 08035**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 4.5 oz | 96 | 19.4 x 15.2 x 9.8 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 8.75 x 3.25 x 0.75 in | 33 lbs | 5 x 5 |
| Display Box Dimensions | Case Cube | |
| | 1.67 ft³ | UPC |

100-41364 08035-9 case
0-41364 08033-8 unit (48)
0-41364 08032-1 unit (24)
0-41364 08034-5 unit (24)



---

*3 week lead time required*



### Sour Punch Straws Floor Display

**ITEM # 08023**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 4.5 oz | 72 | 29.2 x 20.7 x 6.25 in |
| Unit Dimensions | Case Weight | Pallet Pattern |
| 7.25 x 5.5 x 1.25 in | 28 lbs | 2 x 8 |
| Display Box Dimensions | Case Cube | |
| | 2.18 ft³ | UPC |

100-41364 08023-6 case
0-41364 08019-2 unit
0-41364 08018-5 unit





## Sour Punch Individually Wrapped Twists Jar PDQ

**ITEM # 08123**

| Unit Weight | Case Pack | Case Dimensions |
|---|---|---|
| 44.5 oz | 6 | 23.4 x 15.5 x 9 in |
| **Unit Dimensions** | **Case Weight** | **Pallet Pattern** |
| D: 7 in   H: 8.5 in | 21 lbs | 5 x 5 |
| **Display Box Dimensions** | **Case Cube** | **UPC** 100-41364 08123-3 case |
| | 2.02 ft³ | 0-41364 08115-1 unit |



3 week rapid lane required

## Sour Punch Individually Wrapped Twist Jar Pallet

**ITEM # 08126**

| Unit Weight | Pallet Pack | Pallet Dimensions |
|---|---|---|
| 44.5 oz | 150 | 48.5 x 40.5 x 47 in |
| **Unit Dimensions** | **Pallet Weight** | **Pallet Pattern** |
| D: 7 in   H: 8.5 in | 600 lbs | 5 PDQ Interlock |
| **Display Box Dimensions** | **Pallet Cube** | **UPC** 100-41364 08126-4 pallet |
| 23.4 x 15.5 x 9 in | 52.9 ft³ | 0-41364 08115-1 unit |



© Copyright 2007, American Licorice Company

# EXHIBIT F

# TO COMPLAINT

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Dec 18 04:07:27 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ] OR Jump | to record: [        ] **Record 2 out of 2**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# SOUR PUNKS

| | |
|---|---|
| **Word Mark** | SOUR PUNKS |
| **Goods and Services** | IC 030. US 046. G & S: Candy. FIRST USE: 20061107. FIRST USE IN COMMERCE: 20061107 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77025082 |
| **Filing Date** | October 19, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 8, 2007 |
| **Owner** | (APPLICANT) World Confections, Inc. CORPORATION NEW YORK 185 30th Street Brooklyn NEW YORK 11232 |
| **Attorney of Record** | John M. Rannells |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "**SOUR**" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT G

# TO COMPLAINT



# EXHIBIT H

# TO COMPLAINT



# EXHIBIT I

# TO COMPLAINT



# EXHIBIT J

# TO COMPLAINT



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Dec 18 04:07:27 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [       ]  OR  Jump  to record: [       ]  **Record 1 out of 2**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Word Mark** | SOUR PUNKS SP |
| **Goods and Services** | IC 030. US 046. G & S: (Based on Use in Commerce) Candy. FIRST USE: 20061107. FIRST USE IN COMMERCE: 20061107 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.03 - Star - a single star with five points<br>02.01.34 - Monsters (not robots); Other grotesque including men formed by plants or objects |
| **Serial Number** | 77284192 |
| **Filing Date** | September 20, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) World Confections, Inc. CORPORATION NEW YORK 185 30th Street Brooklyn NEW YORK 11232 |
| **Attorney of Record** | John M. Rannells |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "**SOUR**" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the words **SOUR PUNKS** in fanciful script with the letters outlined in layers with the two words separated by a fanciful creature whose body is created by noodle-like pieces and with a belt with star shaped buckle showing the two |

|                        | letters SP. |
|------------------------|-------------|
| **Type of Mark**       | TRADEMARK   |
| **Register**           | PRINCIPAL   |
| **Live/Dead Indicator**| LIVE        |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT K

# TO COMPLAINT



# EXHIBIT L

# TO COMPLAINT

