UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-----------------------------------------------------------X
AMERICAN LICORICE COMPANY,
                     Plaintiff(s),

      -against-                                    CASE NO. C 08 0335

WORLD CONFECTIONS INC.,                 **AFFIDAVIT OF SERVICE**
                     Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK    )
                          s.s :
COUNTY OF NEW YORK  )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an agent of WESTERN ATTORNEY SERVICES, is over the age of eighteen years and is not a party to the action.

      That on the 1st day of February, 2008, at approximately 1:45 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK and ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** upon WORLD CONFECTIONS INC.. at 185 30th Street, Brooklyn, New York by personally delivering and leaving the same with Tracy Buelr, who is authorized by appointment to accept service.

      Tracy Buelr is a white female, approximately 30 years of age, is approximately 4 feet and 9 inches tall, weighs approximately 110 pounds, with medium length blonde hair and light eyes.

Sworn to before me this
4th day of February, 2008

                                                  JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010