# Greenberg Traurig

Daniel T. McCloskey
Tel. 650.289.7811
Fax. 650.462.7811
mccloskeyd@gtlaw.com

March 20, 2008

**VIA E-FILE & FIRST-CLASS MAIL**

Honorable Judge Susan Illston
Courtroom 10, 19th Floor
United States District Court for the Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *American Licorice Company v. World Confections, Inc.*
      United States District Court for the Northern District of California Case No. C 08-00335 SI

Dear Judge Illston:

I am writing to further advise the Court that my client, Plaintiff American Licorice Company in the above-referenced action, has agreed to grant Defendant World Confections, Inc. an additional 7 day extension of time to respond to the Complaint in this matter, as the parties have been discussing a possible settlement. Under the extension, World Confections' response to the Complaint is now due not later than March 28, 2008.

This extension does not alter any of the dates that the Court has established for this matter, and as a result, per Civil L.R. 6-1(a), the extension does not require a Court Order. Given that counsel for World Confections is not currently admitted to practice before the Court, it was agreed, in prior consultation with Your Honor's Chambers, that this letter would be an appropriate way to apprise the Court of the extension. Counsel is copied on this letter. Should the Court have any questions or concerns regarding this matter, I would be glad to address them.

Respectfully Submitted,

*/s/ Daniel T. McCloskey*

Daniel T. McCloskey

DTM:taa

cc:   John M. Rannells, Esq., counsel for World Confections, Inc.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliance
 Tokyo Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | 1900 University Avenue, 5th Floor | East Palo Alto, California 94303 | Tel. 650.328.8500 | Fax. 650.328.8508
SV 346,272,650v1 3/19/2008

www.gtlaw.com