# Greenberg Traurig

Daniel T. McCloskey
Tel. 650.289.7811
Fax. 650.462.7811
mccloskeyd@gtlaw.com

March 28, 2008

**VIA E-FILE & FIRST-CLASS MAIL**

Honorable Judge Susan Illston
Courtroom 10, 19th Floor
United States District Court for the Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *American Licorice Company v. World Confections, Inc.*
       United States District Court for the Northern District of California Case No. C 08-00335 SI

Dear Judge Illston:

As counsel for Plaintiff American Licorice Company in the above-referenced action, I am writing, with the consent of counsel for Defendant World Confections, Inc. to update the Court regarding the status of this matter, and to request an extension and modification to the current case management deadlines to allow the parties to conclude their settlement discussions.

As I have advised the Court in my previous correspondence, given that counsel for World Confections is not currently admitted to practice before the Court, it was agreed, in prior consultation with Your Honor's Chambers, that a letter would be an appropriate way to apprise the Court of the extensions that Plaintiff has given to facilitate settlement discussions.

As part of the ongoing settlement discussions, my client has agreed to grant Defendant an additional 6 day extension of time to respond to the Complaint in this matter. Under this extension, World Confections' response to the Complaint is now due not later than April 3, 2008. However, to conclude the discussions and finalize a potential settlement may require more time than the extension my client is able to provide without an order from this Court pursuant to Civil L.R. 6-1(a). Given this, I am writing this letter to convey the Parties' joint request for an additional 15 day extension of World Confections' deadline to respond to the Complaint. Under this extension, World Confections' last day to respond to the Complaint would be extended to April 18.

To accommodate the requested extension of time to respond to the Complaint, modifications to the current case management schedule are necessary. Under the current schedule, the parties are required to meet and confer and to file an ADR certification by April 4, file the Rule 26(f)

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliance
 Tokyo Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | 1900 University Avenue, 5th Floor | East Palo Alto, California 94303 | Tel. 650.328.8500 | Fax. 650.328.8508
SV 346274960v1 3/28/2008

www.gtlaw.com

Honorable Judge Susan Illston
March 28, 2008
Page 2

_____

Report, etc. by April 18, and participate in a case management conference on April 25, 2008. Continuing these case management dates by 30 days should permit the parties to conclude their settlement discussions and either resolve the case or engage in the case management activities required by the new schedule.

We look forward to your Honor's guidance with respect to the extensions and modifications to the case management schedule requested herein.

Counsel is copied on this letter. Should the Court have any questions or concerns regarding this matter, I would be glad to address them.


Respectfully Submitted,

*/s/ Daniel T. McCloskey*

Daniel T. McCloskey

DTM:taa

cc:     John M. Rannells, Esq., counsel for World Confections, Inc.