```
1   E. PATRICK ELLISEN (SBN: 142033)
    DANIEL T. McCLOSKEY (SBN: 191944)
2   GREENBERG TRAURIG, LLP
    1900 University Avenue, Fifth Floor
3   East Palo Alto, California  94303
    Telephone: (650) 328-8500
4   Facsimile: (650) 328-8508

5   Barry J. Parker (SBN: 151732)
    CARR McCLELLAN INGERSOLL
6   THOMPSON & HORN
    216 Park Road
7   Burlingame, California 94010
    Telephone: (650) 342-9600
8   Facsimile: (650) 342-7685

9   Attorneys for Plaintiff
    AMERICAN LICORICE COMPANY
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN LICORICE COMPANY, a Delaware Corporation, | Case No.   C 08-00335 SI |
| Plaintiff; | **[PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT AND MODIFYING CASE MANAGEMENT SCHEDULE** |
| v. | |
| WORLD CONFECTIONS INC., a New York Corporation, | Dept:   Courtroom 10, 19th Floor |
| | Judge:  Hon. Judge Susan Illston |
| Defendant. | |

---

[PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT AND MODIFYING CASE MANAGEMENT SCHEDULE; Case No. C 08-00335 SI

WHEREAS, on January 17, 2008, Plaintiff American Licorice Company filed a Complaint in this Court against Defendant World Confections, Inc. (Plaintiff and Defendant are collectively, the "Parties");

WHEREAS, the Parties have been and are currently in the process of discussing a possible settlement of the above-encaptioned action;

WHEREAS, pursuant to an extension granted by American Licorice, World Confections' response to the Complaint is currently due not later than April 3, 2008;

WHEREAS, pursuant to this Court's January 17, 2008 Order Setting Initial Case Management Conference and ADR Deadlines, the Parties are required to engage in initial disclosures and certain case management activities not later than April 4, 2008, and to file a case management and Rule 26(f) Report by April 18, 2008, and to participate in a case management conference on April 25, 2008;

WHEREAS, the Parties wish to have more time to conclude their settlement discussions before having to engage in the required case management activities, and thus have requested an order from this Court to adjust the case management schedule by extending World Confections' time to respond to the Complaint by an additional 15 days and extending the case management deadlines by 30 days;

WHEREAS, pursuant to the Parties' request for these extensions, the Court has requested the submission of a Proposed Order setting forth an adjusted case management schedule;

THEREFORE, IT HAS BEEN STIPULATED AND AGREED, subject to the approval of the Court, that the case management deadlines shall be extended and modified such that the new dates are as follows:

- <u>April 18, 2008</u>:    Last day for World Confections to respond to the Complaint;
- <u>May 5, 2008</u>:    Last day to: (1) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; and (2) file Joint ADR Certification and Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

- May 19, 2008:  Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement;

- May 30, 2008:  Initial Case Management Conference, in Ctrm. 10, 19th Fl., at 2:00 p.m.

Dated: April 1, 2008                GREENBERG TRAURIG, LLP


By: _____/s/_____
    E. Patrick Ellisen
    Daniel T. McCloskey

Attorneys for Plaintiff,
AMERICAN LICORICE COMPANY

**IT IS SO ORDERED.**

Dated: _____        _____
    HON. SUSAN ILLSTON
    UNITED STATES DISTRICT JUDGE