| | |
|---|---|
| 1 | **DILLINGHAM & MURPHY, LLP** |
|   | EDWARD E. HARTLEY, (State Bar No. 122892) |
| 2 | eeh@dillinghammurphy.com |
|   | RODRIGO E. SALAS, (State Bar No. 194462) |
| 3 | res@dillinghammurphy.com |
|   | KUMANI L. ARMSTRONG, (State Bar No. 221109) |
| 4 | kla@dillinghammurphy.com |
|   | 225 Bush Street, 6th Floor |
| 5 | San Francisco, California 94104-4207 |
|   | Telephone:   (415) 397-2700 |
| 6 | Facsimile:    (415) 397-3300 |
| 7 | BAKER AND RANNELLS, PA |
|   | STEPHEN L. BAKER, (Pro Hac Vice Application pending) |
| 8 | sbaker@br-tmlaw.com |
|   | JOHN M. RANNELLS, (Pro Hac Vice Application pending) |
| 9 | jrannells@br-tmlaw.com |
|   | RYAN A. McGONIGLE, (Pro Hac Vice Application pending) |
| 10 | r.mcgonigle@br-tmlaw.com |
|    | The Henderson Building, Suite 102 |
| 11 | Raritan, New Jersey 08869 |
|    | Telephone:   (908) 722-5640 |
| 12 | Facsimile:    (908)725-7088 |
| 13 | Attorneys for Defendant WORLD CONFECTIONS, INC. |

FILED
APR 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN LICORICE COMPANY, | Case No.: 08-cv-00335 (SI) |
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| vs. | |
| WORLD CONFECTIONS, INC., | |
| Defendant. | |

Pursuant to Civil L.R. 11-3, John M. Rannells, Esq., an active member in good standing of the bar of the United States District Court of New Jersey, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the

1. United States Court of Appeals for the Federal Circuit, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant World Confections, Inc., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Kumani L. Armstrong, Esq.
Dillingham & Murphy, LLP
225 Bush Street, 6th Floor
San Francisco, CA 94104
Telephone: (415) 397-2700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: MARCH 21, 2008

John M. Rannells



RECEIVED
APR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN LICORICE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD CONFECTIONS, INC.,<br><br>Defendant. | Case No.: 08-cv-00335 (SI)<br><br>**[PROPOSED]**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

<u>John M. Rannells, Esq.</u>, an active member in good standing of the bar of the United States District Court of New Jersey, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States Court of Appeals for the Federal Circuit, whose business address and telephone number is:

> Baker and Rannells, PA
> The Henderson Building, Suite 102
> 575 Route 28
> Raritan, New Jersey 08869
> Telephone: (908) 722-5640

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant World Confections, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General

///

///

---

1 | Order No.45, *Electronic Case Filing.*
2 | Dated: _____          _____
3 |                                  SUSAN ILLSTON
  |                                  United States District Court Judge

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018068
Cashier ID: almaceh
Transaction Date: 04/11/2008
Payer Name: dillingham and murphy
------------------------------------
PRO HAC VICE
 For: J RANNELLS
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 50942
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C08-0335 SI


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```