RECEIVED
APR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN LICORICE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD CONFECTIONS, INC.,<br><br>Defendant. | Case No.: 08-cv-00335 (SI)<br><br>**[PROPOSED]**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

John M. Rannells, Esq., an active member in good standing of the bar of the United States District Court of New Jersey, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States Court of Appeals for the Federal Circuit, whose business address and telephone number is:

    Baker and Rannells, PA
    The Henderson Building, Suite 102
    575 Route 28
    Raritan, New Jersey 08869
    Telephone: (908) 722-5640

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant World Confections, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General

///

///

1 | Order No.45, *Electronic Case Filing.*
2 | Dated: _____

_____
SUSAN ILLSTON
United States District Court Judge