1  E. PATRICK ELLISEN (SBN: 142033)
   DANIEL T. McCLOSKEY (SBN: 191944)
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, California  94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508

5  Barry J. Parker (SBN: 151732)
   CARR McCLELLAN INGERSOLL
6  THOMPSON & HORN
   216 Park Road
7  Burlingame, California 94010
   Telephone: (650) 342-9600
8  Facsimile: (650) 342-7685

9  Attorneys for Plaintiff
   AMERICAN LICORICE COMPANY
10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13                  **SAN FRANCISCO DIVISION**

14

15  AMERICAN LICORICE COMPANY, a       | Case No.   C 08-00335 SI
    Delaware Corporation,
16
                                       | **JOINT STIPULATION OF DISMISSAL**
17              Plaintiff;             | **WITHOUT PREJUDICE**

18  v.                                 | Dept:  Courtroom 10, 19th Floor
19  WORLD CONFECTIONS INC.,            | Judge: Hon. Judge Susan Illston
    a New York Corporation,
20
21              Defendant.
22
23
24
25
26
27
28

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; Case No. C 08-00335 SI
*SV 346282048v1 4/23/2008*

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated, by and
2   among Plaintiff American Licorice Company and Defendant World Confections, Inc. (Plaintiff and
3   Defendant are collectively, the "Parties"), through their counsel of record that:
4      (1)      The Complaint is dismissed without prejudice; and
5      (2)      The Parties shall bear their own costs and attorney's fees.

7   Dated: May 5, 2008　　　　　　　　　　　GREENBERG TRAURIG, LLP

9   　　　　　　　　　　　　　　　　　By: _____/s/_____
10  　　　　　　　　　　　　　　　　　　　E. Patrick Ellisen
　　　　　　　　　　　　　　　　　　　　Daniel T. McCloskey

12  　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　　　AMERICAN LICORICE COMPANY

14  Dated: May 5, 2008　　　　　　　　　　　DILLINGHAM & MURPHY, LLP

16  　　　　　　　　　　　　　　　　　By: _____/s/_____
17  　　　　　　　　　　　　　　　　　　　Edward E. Hartley
　　　　　　　　　　　　　　　　　　　　Rodrigo E. Salas
18  　　　　　　　　　　　　　　　　　　　Kumani L. Armstrong

19  　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
20  　　　　　　　　　　　　　　　　　　　WORLD CONFECTIONS, INC.

22  I, Daniel T. McCloskey, am the ECF User whose ID and password are being used to file this
23  Joint Stipulation of Dismissal Without Prejudice. In compliance with General Order 45, X.B., I
24  hereby attest that counsel for defendant has concurred in this filing.

26  Dated: May 5, 2008　　　　　　　　By: /s/ Daniel T. McCloskey

- 1 -