E. PATRICK ELLISEN (SBN: 142033)
DANIEL T. McCLOSKEY (SBN: 191944)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California  94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Barry J. Parker (SBN: 151732)
CARR McCLELLAN INGERSOLL
THOMPSON & HORN
216 Park Road
Burlingame, California 94010
Telephone: (650) 342-9600
Facsimile: (650) 342-7685

Attorneys for Plaintiff
AMERICAN LICORICE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN LICORICE COMPANY, a Delaware Corporation,<br><br>                    Plaintiff;<br><br>v.<br><br>WORLD CONFECTIONS INC., a New York Corporation,<br><br>                    Defendant. | Case No.   C 08-00335 SI<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Dept:  Courtroom 10, 19th Floor<br>Judge: Hon. Judge Susan Illston |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated, by and
2  among Plaintiff American Licorice Company and Defendant World Confections, Inc. (Plaintiff and
3  Defendant are collectively, the "Parties"), through their counsel of record that:
4      (1)    The Complaint is dismissed without prejudice; and
5      (2)    The Parties shall bear their own costs and attorney's fees.

Dated: May 5, 2008                    GREENBERG TRAURIG, LLP

By: _____/s/_____
    E. Patrick Ellisen
    Daniel T. McCloskey

Attorneys for Plaintiff,
AMERICAN LICORICE COMPANY

Dated: May 5, 2008                    DILLINGHAM & MURPHY, LLP

By: _____/s/_____
    Edward E. Hartley
    Rodrigo E. Salas
    Kumani L. Armstrong

Attorneys for Defendant,
WORLD CONFECTIONS, INC.



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, Daniel T. McCloskey, am the ECF User whose ID and password are being used to file this Joint Stipulation of Dismissal Without Prejudice. In compliance with General Order 45, X.B., I hereby attest that counsel for defendant has concurred in this filing.

Dated: May 5, 2008                    By: /s/ Daniel T. McCloskey